1

2                              UNITED STATES DISTRICT COURT

3                              NORTHERN DISTRICT OF CALIFORNIA

4

5    MARIA HUERTA,                              Case No.: 13-CV-1210  YGR

6              Plaintiff,                       ORDER DIRECTING PARTIES TO
                                                INFORM COURT WHETHER THEY
7         vs.                                   CONSENT TO MAGISTRATE JUDGE
                                                FOR ALL PURPOSES
8    MICHAEL J. ASTRUE, Commissioner of Social
     Security,
9
              Defendant.
10

11

12        In cases initially assigned to a district judge, the parties may consent at any time to

13   reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.

14   *See* Civil L.R. 73-1(b).  This option is being made available because the magistrate judges in this

15   district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this

16   case more expeditiously than the undersigned district judge.

17        Accordingly, the parties are hereby **DIRECTED** to advise the Court, no later than **June 10,**

18   **2013,** whether they consent to have a magistrate judge conduct all further proceedings in the instant

19   action.  Normally the parties would be directed to so inform the court in their Joint Case

20   Management Statement filed in connection with the initial case management conference.  However,

21   because this case involves a review of an administrative record, a case management conference has

22   not been scheduled.  For the parties' convenience, a consent form is attached hereto; forms are also

23   available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised

24   that they may jointly request assignment to a specific magistrate judge.

25        IT IS SO ORDERED.

26   Date: May 10, 2013        _____
                                   YVONNE GONZALEZ ROGERS
27                                 UNITED STATES DISTRICT COURT JUDGE

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| [PLAINTIFF'S NAME], | Case No.: ##-CV-####  YGR |
| **Plaintiff,** | **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| [DEFENDANT'S NAME] *et al.*, | |
| **Defendant(s).** | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____                    _____

_____                    _____

Attorney for Plaintiff                                                Attorney for Defendant

Dated:_____