BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
Facsimile: (916) 405-3908
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HUERTA ) <br> xxx-xx-4480 ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SSA ) <br> **Defendant.** ) <br> ) <br> ) | Case No. 13-1210 WHO <br><br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 21, 2013, to November 21, 2013.  This is plaintiff's first request for an extension of time and is required due to plaintiff's counsel's impacted briefing schedule. *See*, Declaration of Bess M. Brewer set forth below

Dated: October 21, 2013         /s/Bess M. Brewer
                                BESS M. BREWER
                                Attorney at Law

                                Attorney for Plaintiff
Dated: October 21, 2013         Benjamin B. Wagner
                                United States Attorney
                                /s/ Tova D. Wolking
                                TOVA D. WOLKING
                                Special Assistant U.S. Attorney
                                Attorney for Defendant

1

# DECLARATION OF BESS M. BREWER

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2. Due to my briefing schedule, I will require additional time to complete Ms. Huerta's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Ms. Huerta's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on October 21, 2013, in Sacramento, California.

        /s/ Bess M. Brewer
        BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 24, 2013

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE